**NOT FOR PUBLICATION  IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000405
14-OCT-2022
07:54 AM
Dkt. 115 OAWST

NOS. CAAP-18-0000405, CAAP-18-0000413, and CAAP-18-0000414

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

**CAAP-18-0000405**
ASSOCIATION OF APARTMENT OWNERS OF WAIPOULI BEACH RESORT,
through its Board of Directors, Plaintiff-Appellant, v.
UNLIMITED CONSTRUCTION SERVICES, INC.; UNLIMITED WBR, LLC;
UPONOR, INC.; DORVIN LEIS CO., INC.; STO CORP.;
GROUP BUILDERS, INC.; DOES 1 THROUGH 100, Defendants-Appellees

AND

**CAAP-18-0000413**
ASSOCIATION OF APARTMENT OWNERS OF WAIPOULI BEACH RESORT,
through its Board of Directors, Plaintiff-Appellant, v.
UNLIMITED CONSTRUCTION SERVICES, INC.; UNLIMITED WBR, LLC;
UPONOR, INC.; DORVIN LEIS CO., INC.; STO CORP.;
GROUP BUILDERS, INC.; DOES 1 THROUGH 100, Defendants-Appellees

AND

**CAAP-18-0000414**
ASSOCIATION OF APARTMENT OWNERS OF WAIPOULI BEACH RESORT,
through its Board of Directors, Plaintiff-Appellant, v.
UNLIMITED CONSTRUCTION SERVICES, INC.; UNLIMITED WBR, LLC;
UPONOR, INC.; DORVIN LEIS CO., INC.; STO CORP.;
GROUP BUILDERS, INC.; DOES 1 THROUGH 100, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 13-1-0059)

ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By:  Ginoza, Chief Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal With Prejudice," filed on October 3, 2022, in CAAP-18-0000405, CAAP-18-0000413, and CAAP-18-0000414, by Defendant-Appellee STO Corp. and signed on behalf of Plaintiff-Appellant Association of Apartment Owners of Waipouli Beach Resort and Defendants-Appellees Unlimited Construction Services, Inc., Unlimited WBR, LLC, Group Builders, Inc., Dorvin Leis Co., Inc., and STO Corp., and considering the papers in support and the record, it appears that: (1) the appeals have been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeals with prejudice and bear their own attorneys' fees and costs; and (3) the stipulations are dated and signed by counsel for all parties appearing in the appeals.

Therefore, IT IS HEREBY ORDERED that the Stipulations for Dismissal of Appeal With Prejudice are approved, and the consolidated appeals are dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, October 14, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge